### Albert Billings vs. Oliver Cook.

A plea may be withdrawn or stricken out by the party pleading, before issue joined, of course; without leave of the court.

*Motion by plaintiff to set aside defendant's amended pleas and joinder in demurrer for irregularity.*—The declaration contained three counts; defendant pleaded five pleas: the plea of general issue and four special pleas. The plaintiff demurred to each of the special pleas, with a notice to join in demurrer. The defendants joined in demurrer to the fifth plea, and amended the second, third and fourth pleas, by *striking out the second plea,* and altering the third and fourth in point of form. The pleas as amended were filed, and copies served and noticed to plaintiff, giving information as to what the amendments consisted in. The plaintiff insisted that the defendant could not amend under the 23d rule by striking out or withdrawing a plea; that it could not be done without leave of the court.

F. H. Hastings, *Plff's Counsel.*        G. Bailey, *Plff's Atty.*
N. Hill, Jr., *Deft's Counsel.*        L. J. Howe, *Deft's Atty.*

It was held that the plea might be stricken out or withdrawn in that stage of the pleadings, it worked no injury to the opposite party.

*Decision.*—Motion denied, with costs.